HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTHWEST BANK, an Idaho Bank,<br><br>　　　Plaintiff-in-Interpleader<br><br>PERKUMPULAN INVESTORS CRISIS CENTER-DRESSEL-WBG, an Indonesian corporation, GOETZ FITZPATRICK LLP., a New York limited liability partnership, DOUGLAS GROSS, a New York resident and possible successor in interest to HOFHEIMER GARTLIR & GROSS LLP., a New York limited liability partnership, in dissolution,<br><br>　　　Defendants-in-Interpleader. | Case No. 2:15-CV-00348-JLR<br><br>STIPULATED MOTION AND ORDER FOR ESTABLISHMENT OF INTERPLEADER AND DISCHARGE OF PLAINTIFF NORTHWEST BANK; AND ORDER OF DISCHARGE, DISMISSAL AND DISBURSEMENT<br><br>DATE OF HEARING: May 7, 2015 |

I.  STIPULATION

COMES NOW Plaintiff-in-Interpleader Northwest Bank, Defendants-in-Interpleader Perkumpulan Investors Crisis Center-Dressel-WBG, Geotz Fitzpatrick, LLP, Douglas Gross, and Hofheimer Gartlir & Gross, LLP, and stipulate as follows to expedite the resolution of this matter due to the urgent needs of Defendants-in-Interpleader:

STIPULATED MOTION AND ORDER FOR ESTABLISHMENT
OF INTERPLEADER AND DISCHARGE OF PLAINTIFF
NORTHWEST BANK; AND ORDER OF DISCHARGE,
DISMISSAL AND DISBURSEMENT
2:15-CV-00348-JLR – Page 1.

**KROONTJE LAW OFFICE** ᴾᴸᴸᶜ
1411 FOURTH AVENUE, SUITE 1330
SEATTLE, WASHINGTON 98101
PHONE:(206) 624-6212  FAX:(206) 624-6816

1. That the court has jurisdiction over this matter, and the venue is proper;

2. That the Funds subject to this action, more specifically identified below, be disbursed as stated below;

3. That Plaintiff-in-Interpleader Northwest Bank shall be discharged regarding any further liability regarding the funds as stated below and dismissed from this action with prejudice and with an award of the costs and fees stated below; and

4. That Defendants-in-Interpleader are dismissed from this action with Prejudice and without Costs as stated below.

| | |
|---|---|
| Dated this 7th day of May, 2015 | Dated this 7th day of May, 2015 |
| PETERSON RUSSELL KELLY PLLC<br>s/Marcia Ellsworth, WSBA No. 14334<br>1850 Skyline Tower<br>10900 NE Fourth St.<br>Bellevue, WA 98004-8341<br>Telephone: (425) 462-4700<br>Fax: (425) 451-0714<br>Email: mellsworth@prklaw.com<br>Attorney for Plaintiff-in-Interpleader<br>Northwest Bank | KROONTJE LAW OFFICE, PLLC<br>s/Maury Kroontje, WSBA No. 22958<br>Leah S. Snyder, WSBA No. 44384<br>1411 Fourth Avenue, Suite 1330<br>Seattle, WA 98101<br>Telephone: (206) 624-6212<br>Fax: (206) 624-6816<br>Email: maury@kroontje.net<br>Email: leah@kroontje.net<br>Attorneys for Defendants-in-Interpleader<br>Perkumpulan Investors Crisis Center-Dressel-WBG |

Dated this 7th day of May, 2015
s/Douglas Gross, NYB No. 1727155
One Penn Plaza, Suite 3100
New York, New York 10119
Telephone: (212) 695-8100
Fax: (212) 629-4013
Email: dgross@goetzfitz.com
Attorney for Defendants-in-Interpleader
Douglas Gross, Goetz Fitzpatrick LLP, &
Hofheimer Gartlir & Gross LLP.

STIPULATED MOTION AND ORDER FOR ESTABLISHMENT OF INTERPLEADER AND DISCHARGE OF PLAINTIFF NORTHWEST BANK; AND ORDER OF DISCHARGE, DISMISSAL AND DISBURSEMENT
2:15-CV-00348-JLR – Page 2.

KROONTJE LAW OFFICE PLLC
1411 FOURTH AVENUE, SUITE 1330
SEATTLE, WASHINGTON 98101
PHONE:(206) 624-6212 FAX:(206) 624-6816

## II.  ORDER

Based upon the forgoing stipulation of counsel for all parties, it is hereby ORDERED ADJUDGED AND DECREED that:

1. Plaintiff-in-Interpleader filed a Complaint initiating the instant interpleader Action pursuant to 28 USC § 1335, on March 6, 2015 (Dkt. No.1) seeking to have the court establish an interpleader over the funds in the amount of $318,175.90, (the "Funds") which were held by Northwest Bank in the name of Perkumpulan Investors Crisis Center-Dressel-WBG ("Perkumpulan") as a result of 676,970 shares of Regal Financial Bank common stock that was converted into the right to receive $0.47 per share of which Perkumpulan was the shareholder of record.

2. Competing and inconsistent claims arose as to the true owner of the Funds.

3. This court has subject matter jurisdiction over this interpleader action pursuant to 28 USC §§ 1332, 1335.  Venue is proper in this Court because the funds in controversy result from suit in this judicial district.

4. All parties who may have a claim to the Funds have been properly joined in this action and have appeared through counsel.

5. On April 20, 2015, Northwest Bank filed a Motion for Order to Deposit the Funds with the Clerk pursuant to this Court's General Order 04-14(I)(A) which was noted for consideration on May, 8, 2015, (Dkt No.5), and Northwest Bank shall deposit and/or disperse the Funds as further directed by the Court in this Order.

6. Upon the Entry of this Order, Northwest Bank's Motion for Order to Deposit

STIPULATED MOTION AND ORDER FOR ESTABLISHMENT OF INTERPLEADER AND DISCHARGE OF PLAINTIFF NORTHWEST BANK; AND ORDER OF DISCHARGE, DISMISSAL AND DISBURSEMENT
2:15-CV-00348-JLR – Page 3.

KROONTJE LAW OFFICE PLLC
1411 FOURTH AVENUE, SUITE 1330
SEATTLE, WASHINGTON 98101
PHONE:(206) 624-6212  FAX:(206) 624-6816

the Funds in Interpleader shall be considered moot, as the Funds will be dispersed in accordance with the agreement of the parties and this Order.

7. Northwest Bank has incurred $7,461.50 in fees and $400.00 costs in the initiation and prosecution of the Interpleader Action, and is entitled to recover reasonable attorney fees and costs in the amount of $7,861.50.

8. Northwest Bank may deduct $7,861.50 from the Funds, such deduction representing the attorney's fees and costs incurred by Northwest Bank in the initiation and prosecution of the Interpleader Action. To the extent that Northwest Bank incurs additional attorney's fees in conjunction with the performance under this Order, Northwest Bank shall be entitled to deduct such attorney's fees based upon a showing that such fees have been reasonably incurred.

9. The remaining funds in the amount of $310,314.40 shall not be deposited with the Clerk of Court by Northwest Bank, but rather based upon the agreement of the parties, shall be tendered as follows: within two (2) days after the court enters this order Northwest Bank shall be deliver to Kroontje Law Office PLLC at 1411 Fourth Avenue Suite 1330 a check made payable to "Hofheimer Gartlir & Gross LLP in Trust for Perkumpulan Investors Crisis Center-Dressel-WBG" in the amount of $310,314.40, which is $318,175.90 less the 7,861.50 in attorney's fees and costs awarded above.

10. Upon delivery of the Funds, Plaintiff-in-Interpleader Northwest Bank shall be dismissed as a party to the interpleader action and be discharged from further liability or obligation regarding the Funds.

11. Defendants-in-Interpleader shall be enjoined from prosecuting any action or

STIPULATED MOTION AND ORDER FOR ESTABLISHMENT OF INTERPLEADER AND DISCHARGE OF PLAINTIFF NORTHWEST BANK; AND ORDER OF DISCHARGE, DISMISSAL AND DISBURSEMENT
2:15-CV-00348-JLR – Page 4.

KROONTJE LAW OFFICE PLLC
1411 FOURTH AVENUE, SUITE 1330
SEATTLE, WASHINGTON 98101
PHONE:(206) 624-6212  FAX:(206) 624-6816

commencing any claim against Northwest Bank relating to the Funds or its proceeds.

12. Upon delivery of the Funds, all claims of the Defendants-in-Interpleader Perkumpulan, Goetz Fitzpatrick LPL., Douglas Gross, and Hofheimer Gartlir & Gross LLP against one another in regards to the Funds subject to this Interpleader are dismissed with prejudice and without costs to any of the Defendants-in-Interpleader.

13. This Order shall be effective immediately upon entry, resolves fully all of the claims asserted by the parties in this action, and is a final order under FRCP 54(b).

This matter having come before the undersigned Judge, with the agreement and consent of all parties with regard to the Funds which are the subject matter of this Interpleader Action, it is hereby SO ORDERED AND ADJUDGED.

Dated this 7th day of May, 2015

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION AND ORDER FOR ESTABLISHMENT OF INTERPLEADER AND DISCHARGE OF PLAINTIFF NORTHWEST BANK; AND ORDER OF DISCHARGE, DISMISSAL AND DISBURSEMENT
2:15-CV-00348-JLR – Page 5.

KROONTJE LAW OFFICE PLLC
1411 FOURTH AVENUE, SUITE 1330
SEATTLE, WASHINGTON 98101
PHONE:(206) 624-6212  FAX:(206) 624-6816

PRESENTED BY:

PETERSON RUSSELL KELLY PLLC
s/Marcia Ellsworth, WSBA No. 14334
1850 Skyline Tower
10900 NE Fourth St.
Bellevue, WA 98004-8341
Telephone: (425) 462-4700
Fax: (425) 451-0714
Email: mellsworth@prklaw.com
Attorney for Plaintiff-in-Interpleader Northwest Bank


s/Douglas Gross, NYB No. 1727155
One Penn Plaza, Suite 3100
New York, New York 10119
Telephone: (212) 695-8100
Fax: (212) 629-4013
Email: dgross@goetzfitz.com
Attorney for Defendants-in-Interpleader Douglas Gross,
Goetz Fitzpatrick LLP, & Hofheimer Gartlir & Gross LLP.


KROONTJE LAW OFFICE, PLLC
s/Maury Kroontje, WSBA No. 22958
Leah S. Snyder, WSBA No. 44384
1411 Fourth Avenue, Suite 1330
Seattle, WA 98101
Telephone: (206) 624-6212
Fax: (206) 624-6816
Email:  maury@kroontje.net
Email:  leah@kroontje.net
Attorneys for Defendants-in-Interpleader Perkumpulan
Investors Crisis Center-Dressel-WBG

STIPULATED MOTION AND ORDER FOR ESTABLISHMENT
OF INTERPLEADER AND DISCHARGE OF PLAINTIFF
NORTHWEST BANK; AND ORDER OF DISCHARGE,
DISMISSAL AND DISBURSEMENT
2:15-CV-00348-JLR – Page 6.

**KROONTJE LAW OFFICE PLLC**
1411 FOURTH AVENUE, SUITE 1330
SEATTLE, WASHINGTON 98101
PHONE:(206) 624-6212  FAX:(206) 624-6816

# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2015, the following documents: 1) Stipulated Motion and [Proposed] Order For Establishment Of Interpleader And Discharge Of Plaintiff Northwest Bank; And Order of Discharge, Dismissal, and Disbursement; and 2) this Declaration of Service were electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to:

**Marcia P. Ellsworth**, WSBA No. 14334
Peterson Russell Kelly, PLLC
1850 Skyline Tower – 10900 N.E. Fourth St.
Bellevue, Washington 98004-8341
Email: mellsworth@prklaw.com
Attorney for Plaintiff-In-Interpleader Northwest Bank

**Douglas Gross**, NYBA No. 1727155
One Penn Plaza, Suite 3100
New York, New York 10119
E-mail: dgross@goetzfitz.com
Attorney for Defendants-in-Interpleader Douglas Gross,
Goetz Fitzpatrick, LLP and Hofheimer Gartlir & Gross, LLP

DATED May 7, 2015.

Kroontje Law Office PLLC

/s/ Leah S. Snyder
Leah S. Snyder
WSBA No. 22958
Attorney for Plaintiffs
Kroontje Law Office, PLLC
1411 Fourth Avenue, Suite 1330
Seattle, WA 98101
Telephone: (206) 624-6212
Fax: (206) 624-6816
Email: leah@kroontje.net

STIPULATED MOTION AND ORDER FOR ESTABLISHMENT OF INTERPLEADER AND DISCHARGE OF PLAINTIFF NORTHWEST BANK; AND ORDER OF DISCHARGE, DISMISSAL AND DISBURSEMENT
2:15-CV-00348-JLR – Page 7.

KROONTJE LAW OFFICE PLLC
1411 FOURTH AVENUE, SUITE 1330
SEATTLE, WASHINGTON 98101
PHONE:(206) 624-6212  FAX:(206) 624-6816